United States District Court

Eastern District of New York

_____

_____

NOTICE OF

RELATED CASE

_____

_____

The Civil Cover Sheet filed in civil action

<u>21</u> CV <u>1421</u>

1) Indicated that this case is related to the following case(s):

| 20cv6131 |
| 20cv6291 |
| 21cv454 |
| 21cv1366 |

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____