AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Hodge, et al. | ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:21-cv-01421-BMC |
| Cuomo, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James M. Kernan, Esq.,
> 26 Broadway, 19th Floor,
> New York, New York 10004
> Phone:(212) 697-9084
> Fax (212) 656-1213
> jkernan@kernanllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Roseann Guzzi

*Signature of Clerk or Deputy Clerk*

Date: 5/13/2021

## EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------

Donna Hodge, Annette Hall, Karen Grant Williams, Alexi Arias, Albert E. Percy, Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representative,

   Plaintiff,             Summons Rider
                  Case No. 2:21-cv-01421-BMG

 -against-

ANDREW M. CUOMO as Governor of the State of New York; STATE OF NEW YORK; ROBERTA REARDON as Commissioner of the New York State Department of Labor; NEW YORK STATE DEPARTMENT OF LABOR;

      Defendants from SDNY 73-cv-04279,

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, Martha Lees as General Counsel of the Department of Financial Services, Carolyn Robinson, Supervisor with the New York State Department of Labor, Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, the State University of New York, Scott Dietrich and Peter Fountas of the Research Foundation of the State University of New York, Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, Basil Seggos as the present Acting Commission of the New York State Department of Environmental Conservation, Jeremy Attie, Ziv Kimmel, Vincent Licause Officers of the New York Compensation Insurance Rating Board,

      State Officer Defendants,

Allstate Administrators, LLC, d/b/a Allstate ASO; Gary Baker; Broad Coverage Services, Inc.; Christopher Buckey; Michael Camilleri; Cullen and Dykman; Dynamic Claim Services, Inc; Eagle North, LLC; Wolf Eisenbach; Grandview Brokerage; Jon Halpern; Chaim Hirsch; Ben Landa a/k/a Benjamin Landa; Lipsium Benheim; Ira Lipsius; Isaac Muller; Philipson Family Trust; Avi Philipson, Deborah Philipson; Samuel Schlesinger; Michael Schremer; Martin Schwartzman; Michael Schweimmer; Spencer Street Realty; Standard and Preferred Insurance Company; Joseph Stern; The Berkshire Group. Inc.; The Pitterman Family Trust; The Schlesinger Family Trust; Stella M. Vilardi; Israel Weber; Raphael A. Weitzner; Whiteman Osterman & Hanna, Israel Ziegelman;

      Party-in-Interest Defendants,

Gabor Adler; George Adler; Kwame Amoafo-danquah; Agnes Arnestein; Anthony Bacchi; Matthew Barbara; Paul Barbara; Aaron Becher; Pola Becher; Hershel Bedansky; Howard Belford; Scott Bialick; Robert Bleier; David Bloom; Paula Bokow; Joel Brach; Natan Brach; Barry Braunstein; Murray Bresky; Steven Brown; Philip Buchsbaum; Richard Bursek; Richard Busell; Colin C. Hart; Ira Cammeyer; Alan Chopp; Joshua Chopp; David

Cohen; David Crytryn; David Dachs; Solomon Eidlisz; Neil Einhorn; Scott Einiger; Abraham Eisen; Sam Eisen; Steve Eisman; Ignatius Elefant; Philipson Family Trust; Martin Farbeblum; Benjamin Farbenblum; Ed Farbenblum; Edward Farbenblum; Martin Farbenblum; Michael Farbenblum; Esther Farkovits; Jordan Fensterman; Lori Fensterman; Robert Fensterman; Staci Fensterman; Samuel Ferrara; Mayer Fischl; Benjamin Fishoff; Patrick Formato; John Francher; David Freid; Moshe Freilich; Andrew Freundlich; Sigmund Freundlich; Leo Friedman; David Gast; Louis Gellis; William Gillick; Rivky Goldberger; Leon Goldenberg; Jeffrey Goldstein; Anne Gottlieb; Miklows Gottlieb; Niklos Gottlieb; Solomon Green; Joel Greenberg; Eric Greenberger; Eli Greenspan; Steven Greenstein; Avrumi Grossman; Marton Guttman; Valarie Henry; Johanan Hirsch; Leopold Hirsch; Libe Hirsch; Ruth Hirsch; David Hoffman; Pinchos Hoffman; Pinchus Hoffman; Steven J Eisman; Anthony J. Bacchi; Jack Janklowicz; Leonard Janklowicz; Jack Janklowitz; Shorefront Jewish Geriatric Center; David Jones; Judith Jones; Mendel Kaff; Eric Kalt; Yoel Karpen; Miriam Karpf; Allen Kass; Martin Kass; Martin Katz; Shelley Katz; Shelly Katz; Manny Kaufman; Yosef Kaufman; Alan Kessler; Arnold Klapper; George Klein; Larry Klein; Eleanor Kluger; Robert Kolman; Dean Korlik; William Korn; Irina Kostesky; Howard Krant; Ephram Lahasky; Benjamin Landa; David Landa; Yechiel Landa; Nathan Landau; James Lapolla; Tibor Lebovich; Morty Lehasky; David Leifer; Barry Leistner; Chana Lerner; Michael Levitan; Rich Levitan; Teddy Lichtscein; Neuman Lj Partners; Isaac Madeb; Dovi Marc Faivish; Sam Mayerovitz; Girshas Minster; Neuman Mn Partners; Gavriel Mordechaev; Gabriel Mordechey; Sharyn Mukamal; Katherine Muller; Laurie Netzer; Leo Oberlander; Sander Oberlander; Milton Ostreicher; Susan Ostreicher; Irwin Peckman; Ben Philipson; Bent Philipson; Deborah Philipson; Robert Pines; Israel Pollak; Jacob Pollak; Natan Pollak; Renee Pollak; Sylvia Pollak; Theodore Pollak; Michael Pruzansky; Diana R. Koehler; Jonathan Redner; Lawrence Reichenberger; Mark Reisman; Mayer Rispler; Brian Rosenman; Kenneth Rozenberg; Berish Rubenstein; Dina Rubenstein; Rivkie Rubenstein; Ira Rubin; Malky Saffran; Boruch Schepps; Pamela Schepps; Nat Scherman; Richard Schildron; Samuel Schlesinger; Jacob Schoenberger; Michael Schwartz; Leslie Shafrank; Henry Shayovitz; Agnes Shemia; Jeff Shemia; Alexander Sherman; Israel Sherman; Leah Sherman; Nat Sherman; Samuel Sherman; Warren Sherman; Hindy Sirkis; Moshe Sirkis; Alexander Skoczlas; Joseph Skoczylas; Tali Skoczylas; Dominic Spira Md; Jonathan Steinberg; Miriam Steinberg; Ronald Stern; Mariam Sternberg; Lorraine Takesky; Mitch Teller; Kenneth Tesslar; Kenneth Tessler; Aaron Unger; Unknown; Eila Vinitzky; Yuliya Vinokurova; Jeffrey Vogel; Sherman Vogel; Peggy Weberman; Philip Weberman; Toby Weinberger; Zoltan Weinberger; Regina Weinstock; Ari Weiss; Berish Weiss; Berry Weiss; Micahel Weiss; Michael Weiss; Robyn Weiss; Shlomie Weiss; Chaya Willinger; Robert Wolf; Peyman Younesi; Mark Zaffrin; Ephraim Zagelbaum; Kenneth Zitter; David Zohler;

Owner Operator Defendants

Local 1199 of the Service Employees International Union
    Union Defendant,

Oriska Insurance Company,
    Carrier Defendant,

Rashbi Management, Inc.,
    Trust Defendant.

Oriska Corporation derivatively to the Carrier Defendant and by Subrogation to the Class,
    Derivative Defendant,
---------------------------------------------------------------------------------------

Andrew F. Cuomo, Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224
Howard A. Zucker, M.D., named as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237
Martha Lees named as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511
Linda A. Lacewell named as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511
Carolyn Robinson, Supervisor with the New York State Department of Labor, 9 Bond Street, 4th Floor - Rm 4570, Brooklyn, NY 11201
New York State Department of Labor, 9 Bond Street, 4th Floor - Rm 4570, Brooklyn, NY 11201
Dr. Merryl H. Tisch, named as Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246
State University of New York, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246
Scott Dietrich named as an Officer of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207
Peter Fountas named as an Officer of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207
Basil Seggos, Commissioner, 625 Broadway, Albany, NY 12233-1011.
Jeremy Attie, NY Compensation Rating Board, 733 Third Ave, 5th Floor, New York, NY 10017.
Ziv Kimmel, NY Compensation Rating Board, 733 Third Ave, 5th Floor, New York, NY 10017.
Vincent Licause, NY Compensation Rating Board, 733 Third Ave, 5th Floor, New York, NY 10017.
Allstate Administrators, LLC a/k/a Allstate Administrators, Inc. d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218.
Gary Baker, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019
Broad Coverage Services, Inc., 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Christopher Buckey, Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Michael Camilleri, an individual with a last known address of 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432

Dynamic Claim Services, Inc., PO Box 146 Monsey, NY 10952
Eagle North, LLC, 202 Caton Ave, Brooklyn, NY 11218
Wolf Eisenbach, 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Grandview Brokerage is an entity located at 1613 52nd Street, Brooklyn, NY 11204
Jon Halpern is an individual located at 120 W 45th Street, Suite 2405, New York, NY 10036
Chaim Hirsch, with a last known address of 727 Bedford Ave, Brooklyn, NY 11205
Ben Landa, 1337 East 7th Street, Brooklyn, NY 11230
Ira Lipsius, Individually and as Partner, Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Isaac Muller, as licensed agent of Broad Coverage Services, Inc., 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Avi Philipson, with last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Deborah Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Michael Schremer, 1613 52nd Street Brooklyn, NY 11204
Michael Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Samuel Schlesinger, director and officer of Allstate, 415 Avenue F, Brooklyn, NY 11218
Samuel Schlesinger, as principal officer of Eagle North, 202 Caton Ave, Brooklyn, NY 11218
Martin Schwartzman, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Michael Schwimmer, individually and as a Principal of Grandview Brokerage Corporation, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, is an entity with offices at 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company ("S&P") is an entity with an address at 80-02 Kew Gardens Road, Kew Gardens, NY11415
Joseph Stern, Manager of 1153 44, LLC, with an office at 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway 11218
The Pitterman Family Trust is an entity with an address at 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
Stella Vilardi, 51 Woodland Ave, Rockville, NY 11570
Israel Weber, is an individual with a last known address of 1164 59th St, Brooklyn, NY
Raphael A. Weitzner, with a last known address of 134 Broadway, Brooklyn, NY 11249
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Israel Ziegelman, 200 Wallabout Street, Apt 6B, Brooklyn 11206.
Gabor Adler, 7 Balint Dr Apt 323, Yonkers NY 10710,
George Adler, 1 Greenwich Street Hempstead, NY 11550;
Kwame Amoafo-danquah, 1825 65th St Ste 1, Brooklyn, NY, 11204
Agnes Arnestein, 220 West Post Road, White Plains, NY10606;
Anthony Bacchi, 99 Golden Hill Drive, Kingston, NY 12401 ;
Matthew Barbara, 1 Greenwich Street Hempstead, NY 11550 ;
Paul Barbara, 3015 West 29th Street, Brooklyn, NY 11224 ;
Aaron Becher, 355 Broadway, Lawrence, NY 11598;
Pola Becher, 250 Beach 17th Street, Far Rockaway, NY 11691;
Aaron Becher, 355 Broadway, Lawrence, NY 11598 ;

Hershel Bedansky, 1273 53rd St, Brooklyn, NY, 11219;
Howard Belford, 3015 West 29th Street, Brooklyn NY 11224;
Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691;
Robert Bleier, 22-41 New Haven Avenue, Far Rockaway, NY 11691 ;
David Bloom, 136 Beach 117th St Apt 513, Rockaway Park NY 11694;
Paula Bokow, 722 ALMONT ROAD, FAR ROCKAWAY, NEW YORK, 11691;
Nathan Brach, 378 Syosset-Woodbury Rd, Woodbury, NY 11797;
Joel Brach, 40 Robert Pitt Dr, Monsey, NY 10952;
Barry Braunstein, 144 S. Oxford Street, Brooklyn NY 11217 ;
Murray Bresky, 5190 Main Street, South Fallsburg, NY 12779 ;
Steven Brown, 3015 West 29th Street, Brooklyn, NY 11224 ;
Philip Buchsbaum, 121 Franklin Place Woodmere, NY 11598 ;
Richard Busell, 725 Equestrian Way, Westbury, NY 11590 ;
Colin C. Hart, 168 W Main St, Springville, NY, 14141;
Ira Cammeyer, 1 Greenwich Street Hempstead, NY 11550, LLC;
Alan Chopp, 5401 Collins Ave #635 Miami Beach FL 33140 ;
Joshua Chopp, 1800 Ocean Pkwy, Brooklyn, NY 11223;
David Cohen, 378 Syosset-Woodbury Rd, Woodbury, NY 11797;
David Crytryn, 250 Beach 17th Street, Far Rockaway NY 11691;
David Dachs, 191 Bradley Ave, Staten Island, NY, 10314-5166;
Solomon Eidlisz, 250 Beach 17th Street, Far Rockaway NY 11691;
Neil Einhorn, 3015 West 29th Street, Brooklyn, NY 11224., LLC;
Scott Einiger, 3015 West 29th Street, Brooklyn, NY 11224 ;
Abraham Eisen, 378 Syosset-Woodbury Road, Woodbury, NY 11787;
Sam Eisen, 7605 New Utrecht Avenue, Brooklyn NY 11214;
Steve Eisman, 801 Coop City Blvd, Bronx NY 10475;
Steven Eisman, 3015 West 29th Street, Brooklyn, NY 11224 ;
Ignatius Elefant, 6355 Broadway, Bronx, NY, 10471;
Philipson Family Trust, 3400 Cannon Pl, The Bronx, NY 10463;
Martin Farbenblum, 495 Pinehurst Court, Roslyn NY 11576 ;
Benjamin Farbenblum, 147 Avenue O, 1st Floor, Brooklyn NY 11204 ;
Michael Farbenblum, 495 Pinehurst Court, Roslyn NY 11576 ;
Edward Farbenblum, 2365 Union Road Cheektowaga, NY 14227;
Esther Farkovitz, 3400 Cannon Pl, The Bronx, NY 10463;
Lori Fensterman, 3 Dakota Drive, Lake Success NY 11042 ;
Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224;
Jordan Fensterman, 3 Dakota Drive, Lake Success NY 11042 ;
Staci Fensterman, 3015 West 29th Street, Brooklyn, NY 11224;
Samuel Ferrara, 3015 West 29th Street, Brooklyn, NY 11224;
Mayer Fischl, 2 Sienna Way, Lakewood NJ 08701;
Benjamin Fishoff, 240 Viola Road, Monsey NY 10952 ;
Patrick Formato, 3015 West 29th Street, Brooklyn, NY 11224 ;
John Francher, 46 Cortland St, Homer, NY, 13077,;
David Freid, 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210 ;
Moshe Freilich, 1273 53rd Street, Brooklyn NY 11219;

Sigmund Freundlich, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Andrew Freundlich, 495 Pinehurst Court, Roslyn NY 11576, LLC;
Leo Friedman, 3400 Cannon Pl, The Bronx, NY 10463;
David Gast, 14012 State Route 31, Albion, NY, 14411;
Louis Gellis, 3015 West 29th Street, Brooklyn, NY 11224;
William Gillick, 1205 Delaware Ave, Buffalo, NY, 14209;
Rivky Goldberger, 250 Beach 17th Street, Far Rockaway NY 11691;
Leon Goldenberg, 495 Pinehurst Court, Roslyn NY 11556;
Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224;
Anne Gottlieb, 1462 East 27th Street, Brooklyn, NY 11210 ;
Miklows Gottlieb, 495 Pinehurst Court, Roslyn NY 11586;
Niklos Gottlieb, 121 Franklin Place Woodmere, NY 11598;
Solomon Green, 495 Pinehurst Court, Roslyn NY 11586;
Joel Greenberg, 3015 West 29th Street, Brooklyn, NY 11224 ;
Eric Greenberger, 46 Mt Ebo Road North, Brewster, NY, 10509;
Eli Greenspan, 11 Virginia Avenue, Clifton, NY 07012 ;
Steven Greenstein, 3015 West 29th Street, Brooklyn, NY 11224 ;
Avrumi Grossman, 1055 63rd Street, Brooklyn, NY 11224 ;
Marton Guttman, 54 Walworth St, Brooklyn, NY, 11205;
Valarie Henry, 736 Allerton Ave Ste 207, Bronx, NY, 10467;
Libe Hirsch, 495 Pinehurst Court, Roslyn NY 11556;
Johanan Hirsch, 1714 60th Street, Middle Door, Brooklyn NY 11204 ;
Leopold Hirsch, 551 Fifth Avenue, Suite 2500, New York, NY 10176 ;
Ruth Hirsch, 20 Briarwood Lane, Suffern, NY 10901 ;
Pinchus Hoffman, 70-35 Vleigh Place, Flushing NY 11367 ;
David Hoffman, 495 Pinehurst Court, Roslyn NY 11566,
Jack Janklowitz, 495 Pinehurst Court, Roslyn NY 11556;
Leonard Janklowitz, 495 Pinehurst Court, Roslyn NY 11586;
Jewish Geriatric Center, Shorefront, 495 Pinehurst Court, Roslyn NY 115116;
David Jones, 4 Cedar St, Massapequa, NY 11758 ;
Judith Jones, 5353 Merrick Road Massapequa, NY 11758;
Mendal Kaff, 1273 53rd Street, Brooklyn, NY 11219;
Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224;
Yoel Karpen, 3048 Brighton 1st St Ste 4, Brooklyn, NY, 11235;
Miriam Karpf, 5353 Merrick Road Massapequa, NY 11758;
Allan Kass, 131 Hickory Kingdom Rd, Bedford, NY 10506 ;
Martin Kass, 2061 58th Street, Brooklyn NY 11204 ;
Martin Katz, 495 Pinehurst Court, Roslyn NY 11576;
Shelly Katz, 495 Pinehurst Court, Roslyn NY 11576;
Manny Kaufman, 100 New Turnpike Rd, Troy, NY, 12182 ;
Yosef Kaufman, 495 Pinehurst Court, Roslyn NY 11566;
Alan Kessler, 129 Prospect Avenue, Cedarhurst, NY 11516;
Arnold Klapper, 2311 Olean Street, Brooklyn, NY 11210 ;
George Klein, 495 Pinehurst Court, Roslyn NY 11576, LLC;
Larry Klein, 495 Pinehurst Court, Roslyn NY 11566, LLC;

Eleanor Kluger, 30 Cragmere Rd, Suffern, NY, 10901;
Robert Kolman, 121 Franklin Place Woodmere, NY 11598;
Dean Korlik, 5190 S Fallsburg Main St, South Fallsburg, NY 12779;
William Korn, William, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Irina Kostetsky, 495 Pinehurst Court, Roslyn NY 11566;
Howard Krant, 5353 Merrick Road Massapequa, NY 11758;
Ephram Lahasky, 147 Reist Street, Williamsville, NY 14221;
Yechiel Landa, 182 Briarwood Crossing, Lawrence, NY 11559 ;
Benjamin Landa,182 Briarwood Crossing, Lawrence, NY 11559 ;
David Landa, 169 Davenport Ave, New Haven, CT 06519;
Nathan Landau,  420 Broadway, Brooklyn NY 11211;
James Lapolla, 424 E 147th St # 4, Bronx, NY 10455;
Tibor Lebovich, 99 Golden Hill Dr, Kingston, NY 12401;
Morty Lehasky, 147 Reist St, Williamsville, NY, 14221;
David Leifer, 1273 53rd St, Brooklyn, NY, 11219;
Barry Leistner, 3015 West 29th Street, Brooklyn, NY 11224  ;
Chana Lerner, 1020 Ocean Parkway, Brooklyn, NY11230;
Michael Levitan, 3015 West 29th Street, Brooklyn, NY 11224  ;
Rich Levitan, 121 Franklin Place Woodmere, NY 11598  ;
Teddy Lichtscein,12 Mark Drive, Spring Valley, NY 10977;
Neuman LJ Partners, 495 Pinehurst Court, Roslyn NY 11576;
Isaac Madeb, 495 Pinehurst Court, Roslyn NY 11566;
Dovi Marc Faivish, 495 Pinehurst Court, Roslyn NY 11556;
Sam Mayerovitz, Sam, address unknown;
Girsha Minster, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Neuman MN Partners, 495 Pinehurst Court, Roslyn NY 11576;
Gabriel Mordechey, 250 Beach 17th Street, Far Rockaway NY 11691;
Gavriel Mordechaev, 250 Beach 17th Street, Far Rockaway NY 11691
Sharyn Mukamal, 3015 West 29th Street, Brooklyn, NY 11224;
Katherine Muller, 495 Pinehurst Court, Roslyn NY 115106;
Laurie Netzer, 495 Pinehurst Court, Roslyn NY 11576,;
Leo Oberlander,  78 Birchwood Dr, Huntington Station, NY, 11746;
Sander Oberlander, 2107 Ditmas Ave, Brooklyn, NY, 11226;
Susan Ostreicher, 495 Pinehurst Court, Roslyn NY 11566;
Irwin Peckman, 3015 West 29th Street, Brooklyn NY 11224   ;
Bent Philipson, a/k/a Ben Philipson and Benjamin Philipson, 495 Pinehurst Court, Roslyn NY 11556;
Deborah Philipson, 495 Pinehurst Court, Roslyn NY 11586;
Robert Pines, 3015 West 29th Street, Brooklyn, NY 11224  ;
Theodore Pollak, 250 Beach 17th Street, Far Rockaway NY 11691;
Sylvia Pollack, 495 Pinehurst Court, Roslyn NY 11576;
Natan Pollack, 495 Pinehurst Court, Roslyn NY 11566;
Jacob Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952;
Israel Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952 ;
Renee Pollak, 121 Franklin Place Woodmere, NY 11598;

Michael Pruzansky, 64 County Road 39 Southampton, NY 11968;
Diana R. Koehler, 3015 West 29th Street, Brooklyn, NY 11224;
Jonathan Redner, 273 53rd St, Brooklyn NY 11219;
Lawrence Reichenberger, 3015 West 29th Street, Brooklyn, NY 11224. ;
Mark Reisman, 2357 60th St, Brooklyn, NY 11204;
Richard Bursek, 99 Golden Hill Dr, Kingston, NY 12401;
Mayer Rispler, 755 Hempstead Turnpike, Uniondale, NY 11553;
Brian Rosenman, 3015 West 29th Street, Brooklyn NY 11224;
Kenneth Rozenberg, 495 Pinehurst Court, Roslyn NY 11586;
Berish Rubenstein, 951 Broadway, Woodmere, NY 11598   ;
Rivkie Rubenstein, 495 Pinehurst Court, Roslyn NY 11576;
Dina Rubenstein, 495 Pinehurst Court, Roslyn NY 11556;
Ira Rubin, Ira, 495 Pinehurst Court, Roslyn NY 11546;
Malkey Saffran, 121 Franklin Place Woodmere, NY 11598;
Boruch Schepps, 495 Pinehurst Court, Roslyn NY 11576;
Pamela Schepps, 495 Pinehurst Court, Roslyn NY 11576;
Nat Scherman, 495 Pinehurst Court, Roslyn NY 11546;
Richard Schildron 495 Pinehurst Court, Roslyn NY 11586;
Samuel Schlesinger 1040 East 22nd Street, Brooklyn, NY 11210;
Jacob Schoenberger 65 Lafayette St, Spring Valley, NY, 10977;
Michael Scwartz, 495 Pinehurst Court, Roslyn NY 11586, LLC,
Leslie Shafrank, 495 Pinehurst Court, Roslyn NY 11576, LLC;
Henry Shayovitz, 3015 West 29th Street, Brooklyn, NY 11224 ;
Agnes Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223;
Jeff Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223;
Israel Sherman, 495 Pinehurst Court, Roslyn NY 11576;
Alexander Sherman, 168 West Main Street, Springville, NY 14141
Leah Sherman, 168 W Main Street, Springville, NY 14141
Warren Sherman, 1273 53rd St., Brooklyn, NY 11218;
Nat Sherman, 495 Pinehurst Court, Roslyn NY 11546, LLC;
Samuel Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301;
Hindy Sirkis, 5814 17th Ave, Brooklyn, NY 11204;
Moshe Sirkis, 220 West Post Road, White Plains, NY1060;
Tali Skoczylas, 495 Pinehurst Court, Roslyn NY 11556;
Alexander Skoczlas, 495 Pinehurst Court, Roslyn NY 115106;
Joseph Skoczylas, 495 Pinehurst Court, Roslyn NY 11576;
Dominic Spira Md, 1335 Portland Ave, Rochester, NY, 14621;
Jonathan Steinberg, 70-20 Austin St., Suite 135 Forest Hills, NY 11375;
Miriam Steinberg, 1400 Pelham Parkway South, New York NY 10461;
Ronald Stern, 495 Pinehurst Court, Roslyn NY 11576;
Miriam Sternberg, 495 Pinehurst Court, Roslyn NY 11576;
Lorraine Takesky, 495 Pinehurst Court, Roslyn NY 11596;
Mitch Teller, 495 Pinehurst Court, Roslyn NY 11566;
Kenneth Tessler2214 Avenue I Brooklyn, NY 11210  ;
Aaron Unger, 14744 76th Ave, Flushing, NY 11376 ;

Eila Vinitzky, 144-12 75th Ave, Flushing, New York 11367;
Yuliya Vinokurova, 99 Golden Hill Dr, Kingston, NY 12401;
Sherman Vogel, 3015 West 29th Street, Brooklyn, NY 11224 ;
Peggy Weberman, 495 Pinehurst Court, Roslyn NY 11566;
Philip Weberman, 495 Pinehurst Court, Roslyn NY 11576;
Toby Weinberger, 250 Beach 17th Street, Far Rockaway NY 11691;
Zoltan Weinberger, 54 Walworth St, Brooklyn, NY, 11205;
Regina Weinstock, 28 Burton Avenue, Woodmere, NY 11498 ;
Michael Weiss, 3015 West 29th Street, Brooklyn, NY 11224 ;
Shlomie Weiss, 6321 New Utrecht Ave., 2nd Floor, Brooklyn, NY 11219-5425;
Ari Weiss 2357 60th Street, Brooklyn NY 11204;
Avi Weiss a/k/a Avi Weissman, 2357 60th Street, Brooklyn NY 11204;
Robyn Weiss, 495 Pinehurst Court, Roslyn NY 11566, LLC;
Berish Weiss, 2357 60th Street, Brooklyn NY 11204;
Robert Wolf, 250 Beach 17th Street, Far Rockaway NY 11691;
Peyman Younesi, 309 Rutledge Street, Suite 2B, Brooklyn, New York 11211;
Mark Zaffrin, 3015 West 29th Street, Brooklyn, NY 11224
Ephraim Zagelbaum, 88 Calvary Dr, Norwich, NY, 13815;
Kenneth Zitter, 495 Pinehurst Court, Roslyn NY 11586;
David Zohler, 1055 63rd Street, Brooklyn, NY 11219;
Union Defendant Local 1199 of the Service Employees International Union, 498 7th Avenue, New York, NY 10018;
Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;
Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;