Clerk's Office
Filed Date:
5/28/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Percy, *et al.*,

                                                     Plaintiffs,

              -against-

Oriska General Contracting, *et al.*,

                                                    Defendants.

Hodge, *et al.*,

                                                     Plaintiffs,

              -against-

All American School Bus Corp., *et al.*,

                                                    Defendants.

Hodge, *et al.*,

                                                     Plaintiffs,

              -against-

Cuomo, *et al.*,

                                                      Defendants.

Oriska Corporation,

                                                     Plaintiff,

              -against-

Hodge, *et al.*,

                                                     Defendants.

Oriska Corporation,

                                                     Plaintiff,

              -against-

Willoughby Rehabilitation and Health Care Center, LLC, *et al.*,

                                                     Defendants.

Oriska Corporation,

                                                     Plaintiff,

**JUDGMENT**
**20-cv-6131 (NGG)**
**20-cv-6291 (NGG) (SJB)**
**21-cv-1366 (NGG) (SJB)**
**21-cv-1421 (NGG)**
**21-cv-1999 (NGG) (RLM)**
**21-cv-2006 (NGG) (SJB)**
**21-cv-2009 (NGG) (SJB)**
**21-cv-2010 (NGG) (SJB)**
**21-cv-2021 (NGG) (SJB)**
**21-cv-2022 (NGG) (ARL)**
**21-cv-2024 (NGG) (SJB)**
**21-cv-2025 (NGG) (SJB)**
**21-cv-2029 (NGG) (SJB)**
**21-cv-2030 (NGG) (AYS)**
**21-cv-2031 (NGG) (SJB)**
**21-cv-2034 (NGG) (SJB)**
**21-cv-2035 (NGG) (SJB)**
**21-cv-2039 (NGG) (RML)**
**21-cv-2040 (NGG) (SJB)**
**21-cv-2045 (NGG) (VMS)**
**21-cv-2050 (NGG) (SJB)**
**21-cv-2175 (NGG) (SJB)**
**21-cv-2182 (NGG) (SJB)**
**21-cv-2194 (NGG) (SJB)**
**21-cv-2198 (NGG) (SJB)**
**21-cv-2283 (NGG) (SJB)**
**21-cv-2311 (NGG) (SJB)**
**21-cv-2313 (NGG) (RLM)**
**21-cv-2314 (NGG) (SJB)**

-against-

Bayview Manor LLC, South Point Plaza, *et al.*,

                              Defendants.

---

Oriska Corporation,

                              Plaintiff,

-against-

Nassau Operating Co., LLC, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

-against-

Garden Care Center, Inc., *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

-against-

Park Avenue Operating Co. LLC, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

-against-

Parkview Care & Rehabilitation Center, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

-against-

Pinegrove Manor II, LLC,-Grace Plaza, *et al.*,

|                                  | Defendants. |
|---|---|

Oriska Corporation,

                                                   Plaintiff,

        -against-

Townhouse Operating Co., LLC-Townhouse Center for Nursing, *et al.*,

                                                     Defendants.

Oriska Corporation,

                                                     Plaintiff,

        -against-

Woodmere Rehabilitation and Health Care Center, Inc., *et al.*,

                                                     Defendants.

Oriska Corporation,

                                                     Plaintiff,

        -against-

Brookhaven Rehabilitation and Health Care Center, LLC, *et al.*,

                                                     Defendants.

Oriska Corporation,

                                                     Plaintiff,

        -against-

Little Neck Care Center, LLC, *et al.*,

                                                     Defendants.

Oriska Corporation,

                                                     Plaintiff,

        -against-

New Surfside Nursing Home, LLC-Caring Family Nursing & Rehab, *et al.*,

                                                   Defendants.

Oriska Corporation,

                                            Plaintiff,

        -against-

West Lawrence Care Center, LLC, *et al.*,

                                            Defendants.

Oriska Corporation,

                                            Plaintiff,

        -against-

Avalon Gardens Rehabilitation & Health Care Center, LLC, *et al.*,

                                            Defendants.

Oriska Corporation,

                                            Plaintiff,

        -against-

Golden Gate Rehabilitation and Health Care Center LLC, *et al.*,

                                            Defendants.

Oriska Corporation,

                                            Plaintiff,

        -against-

North Sea Associates, LLC-The Hamptons Center, *et al.*,

                                            Defendants.

Percy, *et al.*,

                                            Plaintiffs,

        -against-

Children's Law Center, *et al.*,

                                            Defendants.

Percy, *et al.*,                Plaintiffs,

        -against-

D & D Metal Work Inc., *et al.*,

            Defendants.
___

Percy, *et al.*,

            Plaintiffs,

   -against-

F & E Maintenance Inc, *et al.*,

            Defendants.
___

Percy, *et al.*,

            Plaintiffs,

   -against-

I Grace Co, *et al.*,

            Defendants.
___

Percy, *et al.*,

            Plaintiffs,

   -against-

U & I Mechanical Corporation, *et al.*,

            Defendants.
___

Percy, *et al.*,

            Plaintiffs,

   -against-

Manhattan Telecommunications Corporation, *et al.*,

            Defendants.
___

Percy, *et al.*,

            Plaintiffs,

   -against-

S & E Azrlliant PC, *et al.*,

            Defendants.
___

Percy, *et al.*,

                                  Plaintiffs,

        -against-

P & H Painting Inc., *et al.*,

                                  Defendants.

Bay Park Center for Nursing & Rehabilitation, *et al.*,

                                  Plaintiffs,

        -against-

Bent Philipson, Avi Philipson, and Deborah Philipson,

                                     Defendants;

Oriska Corporation,

                Plaintiff-in-Intervention,

        -against-

Bay Park Center for Nursing & Rehabilitation, *et al.*,

               Defendants-in-Intervention;

Donna Hodge, Annette Hall, Karen Grant Williams, and Alexi Arias,

           Class Defendants-in-Intervention;

Bent Philipson, Avi Philipson, and Deborah Philipson,

     Lead Action Defendants-in-Intervention;

Aaron Becher, *et al.*,

               Owner Operator Defendants-in-Intervention;

The Philipson Family Trust, *et al.*,

       Prohibited Transaction Defendants-in-Intervention;

Andrew Cuomo, *et al.*,

>    State Officer Defendants-in-Intervention;
>
> Oriska Insurance Company,
>
> >    Carrier Defendant-in-Intervention;
>
> Rashbi Management, Inc.,
>
> >    Trust Defendants-in-Intervention.

A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 27, 2021, remanding the removed actions to New York Supreme Court, Oneida County, dismissing with prejudice each of the federal actions, and granting requests for attorney's fees and costs by the Defendants in the removed actions; it is

ORDERED and ADJUDGED that the removed actions are remanded to New York Supreme Court, Oneida County; the federal actions are dismissed with prejudice; requests for attorneys' fees and costs by the Defendants in the removed actions are granted, and Judgment is entered in favor of Defendants.

Dated: Brooklyn, New York  
      May 28, 2021

Douglas C. Palmer  
Clerk of Court

by:    */s/ Brenna B. Mahoney*  
       Brenna B. Mahoney  
       Chief Deputy